# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DOROTHY MAE ROSS,

        Plaintiff(s),

v.

EQUIFAX INFORMATION SERVICES LLC and
CAPITAL ACCOUNTS, LLC

        Defendant(s).
_____/

CASE NUMBER:   15-11674

HONORABLE MARIANNE O. BATTANI

## ORDER DIRECTING PLAINTIFF(S) TO SHOW CAUSE IN WRITING

**IT IS ORDERED** that Plaintiff(s) respond in writing or otherwise show good cause on or before **FEBRUARY 11, 2016 why this action should not be dismissed**, for *LACK OF PROGRESS* in accordance to E.D. Mich. L.R. 41.2 **AS TO DEFENDANT CAPITAL ACCOUNTS, LLC.**

This order will serve as notice to the Plaintiff(s) as required by Fed.R.Civ.P 4(m) and E.D. Mich. L.R. 41.2.

DATED: February 4, 2016

        s/Marianne O. Battani
        MARIANNE O. BATTANI
        United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on February 4, 2016.

        s/ Kay Doaks
        Case Manager