IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **DOROTHY MAE ROSS**  **Plaintiff,**  v.  **EQUIFAX INFORMATION SERVICES LLC, et al.**  **Defendants.** | Civil Action No. 2:15-cv-11674-MOB-MJH |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter the appearance of Gregory J. Gorski on behalf of Plaintiff in the above-captioned matter.

                                            **Respectfully submitted,**

                                            **FRANCIS & MAILMAN, P.C.**

                            BY:    /s/*Gregory J. Gorski*
                                            GREGORY J. GORSKI
                                            Land Title Building, 19th Floor
                                            100 South Broad Street
                                            Philadelphia, PA 19110
                                            (215) 735-8600

Date: February 5, 2016