# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

|  |  |
|---|---|
| **DOROTHY MAE ROSS** ) ) ) **Plaintiff,** ) ) v. ) ) **EQUIFAX INFORMATION** ) **SERVICES LLC, et al.** ) ) **Defendants.** ) ) | **Civil Action No. 2:15-cv-11674-MOB-MJH** |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Dorothy Mae Ross and the Defendant Equifax Information Services LLC ("Equifax") that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action as to the Defendant be dismissed with prejudice by its undersigned counsel, that Plaintiff dismisses her claims against Defendant Equifax, as settled, with each party to bear their own attorney's fees and costs incurred within.  The Court shall retain jurisdiction for sixty (60) days for all matters related to the completion of settlement.

| | |
|---|---|
| */s/ Gregory Gorski* | /s/ *Jordan S. Bolton* |
| GREGORY GORSKI | JORDAN S. BOLTON |
| **FRANCIS & MAILMAN, P.C.** | **CLARK HILL** |
| Land Title Building, 19th Floor | 500 Woodward Avenue, Suite 3500 |
| 100 South Broad Street | Detroit, MI 48226-3435 |
| Philadelphia, PA 19110 | 313-965-8300 |
| 215-735-8600 | 313-965-8252 (Fax) |
| 215-940-8000 (fax) | jbolton@clarkhill.com |
| ggorski@consumerlawfirm.com | |
| | Attorneys for Defendant |
| Attorneys for Plaintiff | Equifax Information Services LLC |

SO ORDERED:

Date: April 7, 2016

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge